**Order entered September 30, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00299-CR

### KENNETH ALLEMAN MIDGLEY, II, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-82836-2017**

## ORDER

Before the Court are appellant's September 25, 2019 motion for pro se access to the record, his September 27, 2019 motion for pro se access to transcripts of the audio and video portions of the record on appeal, and separate September 27, 2019 motions for pro se access to the competency evaluation reports prepared by Kristi Compton, M.D. and Randall Price, M.D. All four motions relate to appellant's preparation of a pro se response to counsel's *Anders* brief.

By order entered August 30, 2019, the Court directed counsel to provide appellant with a copy of the record and file verification of her compliance with the Court within thirty days. On September 9, 2019, the Court received counsel's verification showing she had mailed the record to appellant and that it was delivered to the facility where he is detained on September 9, 2019. We note that in a letter accompanying his motions, appellant states he received the record.

Because appellant has already received the record, we **DENY AS MOOT** appellant's motion for pro se access to the record.

In his motion for pro se access to transcripts of the audio and video portions of the record, appellant contends he has no means to view the audio and video evidence counsel sent him on a compact disc. He requests that a paper transcript be created of the contents of the disc. Appellant's motion for a paper transcript of the audio and video evidence is **DENIED**.

In his motions seeking copies of competency evaluation reports by Dr. Compton and Dr. Price, appellant contends the reports are missing from the reporter's record. Although the competency reports were discussed during appellant's plea hearing, it appears to the Court that neither report was admitted into evidence. The Court **DENIES** appellant's motions seeking copies of Dr. Compton's and Dr. Price's reports from the reporter's record. A copy of Dr. Compton's report appears in the clerk's record at pages 400–409. The Court is transmitting a paper copy of Dr. Compton's report with appellant's copy of this order.

As reflected in this Court's order of August 30, 2019, appellant's pro se response is due by **November 1, 2019**.

We **DIRECT** the Clerk of the Court to transmit a copy of this order, by electronic transmission, to counsel for the parties.

We further **DIRECT** the Clerk to send a copy of this order and a copy of Dr. Compton's competency evaluation appearing at pages 400–09 of the clerk's record, by first class mail, to Kenneth Alleman Midgley II; TDCJ No. 02252631; Allred Unit; 2101 FM 369 North; Iowa Park, Texas 76367.

/s/    CORY L. CARLYLE
JUSTICE